IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ARCARE d/b/a PARKIN DRUG STORE and BALD KNOB MEDICAL CLINIC on behalf of itself and all other similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>COCHRAN WHOLESALE PHARMACEUTICALS, INC.,<br><br>    Defendant. | No. 3:16-CV-00041-CDL |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff ARcare d/b/a Parkin Drug Store & Bald Knob Medical Clinic and Defendant Cochran Wholesale Pharmaceuticals, Inc. hereby stipulate to the dismissal of all claims in this action, without prejudice as to Plaintiff and the putative class members.

Respectfully submitted, this 21st day of October, 2016.

/s/ Michael I. Fistel, Jr.
Michael I. Fistel, Jr. (GA Bar No. 262062)
JOHNSON & WEAVER, LLP
40 Powder Springs Street
Marietta, GA 30064
Tel:  (770) 200-3104
Fax:  (770) 200-3101

Randall K. Pulliam
**CARNEY BATES & PULLIAM, PLLC**
2800 Cantrell Rd., Suite 510
Little Rock, AR 72202
Tel:  (501) 312-8500
Fax:  (501) 312-8505
*Attorneys for Plaintiff*

/s/ Ross D. Andre
Cindy D. Hanson (Ga. Bar No. 323920)
Ross D. Andre (Ga. Bar No. 280210)
**TROUTMAN SANDERS LLP**
600 Peachtree St. NE, Suite 5200
Atlanta, GA 30308
Tel:  (404) 885-3000
Fax:  (404) 885-3900

Paul L. Rosenthal (Ga. Bar No. 614904)
**PRESTON & MALCOM**
110 Court Street
Post Office Box 984
Monroe, GA 30655
Tel:  (770) 267-2504
Fax:  (770) 267-2899
*Attorneys for Defendant*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2016, I filed a copy of the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send notice of the filing to all counsel of record.

/s/ Michael I. Fistel, Jr.
Michael I. Fistel, Jr.